IH-32                                                                                                   Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

## Full Caption of Later Filed Case:

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

## Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

IH-32                                                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

____ Closed     (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

____ Open       (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Additionally, some of the individual harassers are the same; many of the witnesses are the same; much of the document discovery will be the same; and there is a risk of conflicting orders, particularly with respect to discovery .

Signature: _____*(signed)*_____     Date: _____

Firm:      _____