

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

April 23, 2019

**Via ECF**
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re.: ***Johnson v. Construction and Realty Services Group, Inc. et al.,***
      <u>**Case No. 18-cv-09347 (PAE)**</u>

Dear Judge Engelmayer:

   This firm represents the defendants in the above-referenced case ("Defendants"). As Your Honor may recall, this case was scheduled for mediation on March 21, 2019, but the parties sought an adjournment to give the defendants time to attempt to resolve certain cash-flow issues. The mediator, Michael Leo, agreed to adjourn the mediation and scheduled a follow-up call for April 17, 2019. During the April 17th call, Mr. Leo indicated that any further adjournment would be at the discretion of the Court. Also, Mr. Leo, upon learning that this case is one of several in which Giskan, Solotaroff & Anderson LLP represents plaintiffs with discrimination/sexual harassment claims against Defendants, suggested that the parties consider a global mediation session addressing all such cases collectively.

   Plaintiff's counsel has indicated that his clients would be amenable to a global mediation. Defendants are considering the proposal, including the logistics, likely effectiveness, and feasibility of such an endeavor. We respectfully seek a brief adjournment of the obligation to schedule a mandatory mediation while we consider the best possible use of the mediation session. In the meantime, the parties are proceeding with discovery pursuant to the Civil Case Management Plan and Scheduling Order.

   Your Honor's consideration of this request is appreciated.

           Respectfully submitted,

           *Lisa Skruck*

           Lisa Skruck

cc: Jason Solotaroff, Esq. (via ECF)