

Kaufman Dolowich & Voluck, LLP

135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

November 15, 2019

**VIA ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re.: **Javashia Johnson v. Construction and Realty Services Group, Inc., et al.
Case No.: 18-cv-09347(PAE)**

Dear Judge Engelmayer:

As the Court knows, this firm represents the Defendants in the above-referenced matter.

The parties in this case continue to work toward a global settlement encompassing this case and several other cases pending against Defendants (in which the plaintiffs are represented by Jason Solotaroff, Esq.) as well as several prospective claims. The parties have made progress in the negotiations since our last report to the Court, and the negotiations continue to actively proceed with full participation. However, as previously reported, the negotiation is complex in that it encompasses numerous matters. The parties respectfully request an additional 30 days to reach a settlement before a case management conference is set.

We thank the Court for its consideration of this request.

Respectfully submitted,

Lisa Skruck

cc: Jason Solotaroff, Esq. (via ECF)