UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAVASHIA JOHNSON,

                                  Plaintiff,          18 Civ. 9347 (PAE)

-v-

                                                      ORDER

CONSTRUCTION AND REALTY SERVICES
GROUP, INC., et al.,

                                  Defendants.

PAUL A. ENGELMAYER, District Judge:

        On September 12, 2019, the Court issued an order adjourning mediation in response to a letter from the parties indicating that a global settlement involving this and other cases was likely. Dkt. 44. On October 11, 2019, the Court granted a motion for a further extension of time for the parties to reach a settlement. Dkt. 46. On November 15, 2019, the Court granted another such request, and ordered the parties to provide a status update by December 13, 2019, or sooner if a settlement was consummated. Dkt. 48. The parties have not done so.

        The parties are hereby ordered to file a joint status letter on ECF by close of business on Friday, February 28, 2020 indicating whether the case has been settled in principle.

        SO ORDERED.

                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: February 26, 2020
       New York, New York