# GISKAN SOLOTAROFF & ANDERSON LLP
Attorneys at Law

March 7, 2020

**BY ECF**
Hon. Paul A Engelmayer
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Johnson v. Construction Realty Services Group, Inc., and Trade Off, LLC*
               Case No.: 18-cv-09347 (PAE)

Dear Judge Engelmayer:

    My firm represents Plaintiff Javashia Johnson in the above-referenced matter. I write on to provide the Court with a status update as well as request that the Court nunc pro tunc extend the date for the parties to inform the Court of a settlement one additional time, from yesterday, March 6, 2020 until March 20, 2020. I apologize that this letter was not submitted yesterday but I did not hear back from defense counsel, who was out of the office, with her specific consent to the language in this letter yesterday. I do believe it sets forth the parties' position on this matter

    The parties continue to make progress on settlement with the assistance of Mediator Kwok. Since the settlement involves a resolution of the Attorney General's investigation, there are a number of issues to resolve which requires additional time. The parties are hopeful that a settlement in principle will be reached by March 20, if not before that date.

    Thank you for your attention to this matter.

                                 Sincerely yours,

                                 /s

                                 Jason L. Solotaroff

cc:   Lisa Skruck, Esq.
       Counsel for Defendants

> The motion for extension of time is granted. The Court requests a joint status update from the parties on March 31, 2020 or sooner if a settlement in principle is reached. SO ORDERED.
>
> */s/ Paul A. Engelmayer*   3/9/2020
> PAUL A. ENGELMAYER
> United States District Judge