

Lisa Skruck
Email: LSkruck@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797

Telephone: 516.681.1100
Facsimile: 516.681.1101

www.kdvlaw.com

**By ECF**

The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re.:    *Johnson v. Construction and Realty Services Group, Inc., et al.*
                *1:18-cv-09347-PAE*

Dear Judge Engelmayer:

Please allow this letter to serve as an update on the status of the above-referenced action.

Regarding the pending settlement in this matter, the parties have encountered obstacles caused by the shutdown of all nonessential construction in New York, which has in turn shut down Defendants' business. We remain committed to finalizing settlement via the global settlement previously discussed in Mr. Solotaroff's last letter to the Court. In case the global settlement does not come to fruition due to the aforementioned obstacles, however, we have also reached out to Mr. Solotaroff to obtain his settlement demand for this case.

We will continue to keep the Court apprised of settlement developments, and we appreciate the Court's patience during these complicated times.

We thank the Court for its consideration.

Respectfully submitted,

*Lisa Skruck*

Lisa Skruck

cc: Jason Solotaroff, Esq., via ECF

The Court thanks the parties for this update.

_____
PAUL A. ENGELMAYER    5/8/2020
United States District Judge