# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

July 30, 2020

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    ***Johnson v. Construction Realty Services Group, Inc., et al.***
                Case No.: 18-cv- 9347 (PAE)

Dear Judge Engelmayer:

      I represent Plaintiff Javashia Johnson,[1] in the above-captioned case. I write to inform the Court of the status of this action. I apologize that the parties neglected to provide an update within 30 days of the previous update, which was May 8, 2020.

      Ms. Johnson's claims have been settled as part of a settlement between Defendants and the New York Attorney General's Office and the Attorney General is currently holding funds designated for Ms. Johnson's estate. However, both I and the Attorney General recently learned that Ms. Johnson had a child, who is a minor and is her sole heir. Local Rule 83.2 requires the Court to approve a settlement in an action on behalf of a minor. Even prior to seeking the Court's approval, I believe it is necessary to have Ms. Johnson's mother, Jamellah Johnson, be issued Letters of Administration for Ms. Johnson's estate, for a guardian ad litem to be appointed, and for a trust to be set up for the benefit of Ms. Johnson's son. Ms. Johnson's mother has retained counsel to accomplish these tasks and I am hopeful they will be completed within 60 days.

      I propose that this action remain pending in anticipation of a motion for the settlement to be approved. Once the guardian ad litem is appointed and the trust established, I will notify the Court. I have notified counsel for Defendants of this proposal and they have no objection. Counsel is, of course available to discuss this matter with the Court at the Court's convenience.

      Thank you for your attention to this matter.

                                    Sincerely yours,

                                    /s

                                  Jason L. Solotaroff

---

[1] The Court was previously advised that Ms. Johnson died in 2019.

90 Broad Street, New York, New York 10004, www.gslawny.com, Tel: 212.847.8315