# GISKAN SOLOTAROFF & ANDERSON LLP
## Attorneys at Law

March 11, 2022

**BY ECF**
The Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Johnson v. Construction Realty Services Group, Inc., et al.*
        Case No.: 18-cv- 9347 (PAE)

Dear Judge Engelmayer:

    I represent deceased Plaintiff Javashia Johnson in the above-captioned case. I write to inform the Court of the status of this action.

    I was able to communicate with the attorney, Emily Klotz, who Ms. Johnson retained to handle the guardianship proceeding. Ms. Klotz informs me that there has still not been a response from Kings County Surrogate's Court and that indeed, one of the two judges in that Court was recently removed from office for failure to exercise the judge's responsibilities.

    I apologize for the continuing delays in closing out this case and am available at the Court's convenience for a conference to discuss alternative means of resolving the situation.

    Thank you for your attention to this matter.

                              Sincerely yours,

                              /s

                              Jason L. Solotaroff

cc:    Keith Gutstein, Esq.
        Monique Robotham, Esq.
        Counsel for Defendants