UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAVASHIA JOHNSON,

                              Plaintiff,

-v-

CONSTRUCTION AND REALTY SERVICES GROUP, INC., et al.

                              Defendants.

18 Civ. 9347 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Plaintiff's status update letter was due in this action on July 17, 2022. The Court hereby orders plaintiff to file such letter by September 2, 2022.

SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: August 31, 2022
         New York, New York

1